IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MALIK WILLIAMS, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:24-cv-02547-SHL-tmp |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

**ORDER DENYING MOTIONS OF INQUIRY AND DIRECTING GOVERNMENT TO RESPOND TO 28 U.S.C. § 2255 MOTION**

Before the Court is the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed by Plaintiff Malik Williams on August 2, 2024. (ECF No. 1.) On November 3 and 5, 2025, Williams filed two Motions of Inquiry. (ECF Nos. 5 & 6.) The docket reflects that Williams is represented in this case by Terrell L. Tooten, therefore Williams cannot file motions or other documents in the case, as they must be filed by his lawyer. Therefore, Williams's motions are **DENIED**.

The Government is **ORDERED** to file a response to Williams's § 2255 Motion within twenty-eight days of the entry of this Order.

**IT IS SO ORDERED,** this 26th day of February, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE